## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY NEUPAUER, JR. and
JEAN NEUPAUER, his wife,

        Plaintiffs

v.

UNITED STATES OF AMERICA,
DEPARTMENT OF VETERAN
AFFAIRS, et al.,

        Defendants

3:15-CV-01903

(JUDGE MARIANI)

JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict

**XX** Decision by the Court

**AND NOW, THIS 11TH DAY OF DECEMBER, 2017,** for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Judgment is entered **IN FAVOR OF** Plaintiffs Gary Neupauer, Jr. and Jean Neupauer and **AGAINST** Defendant United States of America in the amount of **$796,644.00**, as follows:

1. Gary Neupauer's Future Medical Expenses: $10,000.00;

2. Gary Neupauer's Past Lost Earnings: $146,417.00;

3. Gary Neupauer's Future Lost Earnings: $15,227.00;

4. Gary Neupauer's Past, Present, and Future Pain and Suffering, Embarrassment and Humiliation, and Loss of Ability to Enjoy the Pleasures of Life: $ 400,000.00;

5. Gary Neupauer's Disfigurement: $175,000.00;

6. Jean Neupauer's Loss of Consortium - $50,000.00.

Robert D. Mariani
United States District Judge